United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 19, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60377
Summary Calendar

BOBBY SERTON,

Plaintiff-Appellant,

versus

BILLY SOLLIE, Individually and as Sheriff of Lauderdale County,
Mississippi; DORIS CALLAHAN, Individually and as Jail
Administrator; LAUDERDALE COUNTY BOARD OF SUPERVISORS,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:03-CV-403
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.